06/14/2019

Subject: Security Incident Report

My name is Elias Effuoria Oniha an Employee of Delta Airlines (Ramp Agent A-North); At exactly 3.05 PM eastern time, on Friday June 14, 2019 I was heading to work, I came through the security area on the arrival side of F concourse, on arriving on at the HSS SECURITY DESK, a female an African-American was minding the post, I showed her my SIDA Badge, emptied my backpack for inspection, and had my lunch wrapped in a transparent/see through clear plastic bag for easy visual inspection she insisted that I open my lunch, I respectfully asked her can you see the contents of my lunch, and we were going back and forth and she called her supervisors, upon their arrival male and female, they demanded I open my lunch and I asked them respectfully can you guys see through this clear plastic bag the content. Both the male and female supervisors made offensive statements in manners that are professionally unacceptable. "This was their exact words/languages that if I would not open my lunch for inspection that I should take my B and go back home" and I responded by asking who are they to use such a word of profanity on me in that manner. I called my OSM; Mr. Jaron Jeter to advise him of the situation and he promised to come ASAP, while waiting for my OSM, the two supervisors had called Department of Aviation Personnel the person of Mr. Williams 111, Roger to report the incident, not too long, Mr. Jeter showed up, while waiting for Mr. Williams111, Rogers, my OSM wanted to know from both security supervisors and the female security officer what really happen, unfortunately, they gave conflicted story relative to the incident by stating that they asked that I open my bag not lunch, shortly after that, Mr. Williams111 Rogers arrived but before he could speak with me and my OSM, the two supervisors had stopped him about 150ft away, they spoke for few minutes before coming to us i.e. myself and Mr. Jeter. I narrated my own side of the story to him, while we were still at the scene, a senior security personnel from Delta Airlines Corporate Office was passing by and stopped to asked what was going on, Williams111, Roger of Department of Aviation relayed the situation to him and he promised William111 that he should not worry that he the DELTA AIRLINES CORPORATE SECURITY OFFICER will make sure I get fired/terminated from my job, these were his words that NIGERIANS ARE CRIMINALS, and that if there is nothing hiding inside my lunch, I should have open it for inspection after their conversation, he gave his official business cards to both Mr. Jeter my OSM and Mr. Williams111 Roger of Department of Aviation and went his way. Thereafter, Mr. Williams 111 Roger demands that I surrender my SIDA badge to him to complete his incident report that would be forward to the most senior person in Delta Airlines Corporate Security. I handed my SIDA badge to him.

My superiors, while I may not know the contents of the incident report submitted to my company Delta Airlines by Mr. Williams111, Roger, let me clear myself, I did not carry any kind of weapons, I never used words of profanity, I never curse anybody out neither did I threatening anybody and I never insulted any of the officers. I am fully aware that our bags/backpacks are subject to search as we go through Security Check Points and I am always in compliance of their full Inspection. I only felt very uncomfortable as it sounds awkward when all the three officers asked that I open my lunch that was wrapped on a see through/clear plastic bag, as a matter of fact, the males supervisor asked that I trash my lunch if there is a problem opening it for inspection, with 9 plus years with my company, no security officer has ever asked that I open my lunch, if anything, they always qualify it "lunch bag" for

ONIHA 000001

inspection, it should be mention that this is my first time coming in contact with this female security officer who minded that post. I opened the lunch bag in the presence of my OSM for her to inspect. Sirs, while I was not trying to be difficult by any measure nor is it an attempt to breach security, but rather, it throws me off balance when three security officers specifically asked that I open my lunch that is wrapped on a see through/clear plastic bag. My superiors I am very sorry that this has occurred, and I can only hope you will find a place in your heart to forgive me.

Perception- I was been targeted because I am of African descendant, a NIGERIAN CITIZEN her quest of asking that I open my lunch that was wrapped in a clearly see through plastic bag for easy visual inspection is nothing but discrimination against my NATIONAL ORIGIN.

I was a victim of "SELECTEE" "PICKED ON" was humiliated during the course of inspection episode as all the three security personnel were using words of profanity, racial slurs, called me names that are not professionally and socially acceptable such as son of a bitch, mother fucker, asshole and derogatory in the like manner

I have been passing this same entrance for the past five years, no security personnel male, or female, black or white has ever asked that I open my lunch for inspection

Yours faithfully
Elias Effuoria Oniha