

**Delta Air Lines, Inc.**
1020 Delta Blvd.
P.O. Box 20706
Atlanta, GA 30320

DEFENDANT'S
EXHIBIT
6
08/27/2020   L.H.

SENSITIVE SECURITY INFORMATION

AOSSP vers. July 1, 2019



WARNING: This record may contain Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Oniha-Delta_000374